UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

CIVIL ACTION #: 3:18-CV-30002

| | |
|---|---|
| GINA CROSSETTI as PERSONAL REPRESENTATIVE of THE ESTATE of ROBERT A. CROSSETTI, JR.,<br>*Plaintiff*<br><br>v.<br><br>CARGILL, INCORPORATED,<br>*Defendant* | **DECLARATION OF**<br>**MICHAEL J. CHIECO, ESQ.** |

I, Michael J. Chieco, Esq., declare as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

2. I am legal counsel of record in the above captioned matter for the Plaintiff, Gina Crossetti as Personal Representative of the Estate of Robert A. Crossetti, Jr.

3. Attached to this declaration are true and correct copies of the following materials cited in the Plaintiff's Memorandum of Law in Support of the Plaintiff's Opposition to Defendant, Cargill, Incorporation, Motion to Dismiss:

    EXHIBIT 1:  Affidavit of Michael J. Chieco

    EXHIBIT 2:  Occupational Safety and Health Administration correspondence log

    EXHIBIT 3:  Service Documents mailed to Defendant, Cargill, Incorporated, pursuant to M.G.L.c. 223A, §6, dated November 29, 2017

    EXHIBIT 4:  Certified Mail Green Card, signed by representative of Defendant, Cargill, Incorporated, dated December 4, 2017

    EXHIBIT 5:  Label and envelope containing the service letter, summons, complaint, civil action cover sheet and scheduling order, dated December 4, 2017.

  EXHIBIT 6: Affidavit of Service Under Long-Arm Statute, M.G.L.c. 223A, §6 dated December 11, 2017

  EXHIBIT 7: Plaintiff's Motion to Extend Time to Perfect Service of Process, dated January 09, 2018

 Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

 Dated: January 19, 2018   /s/ *Michael J. Chieco, Esq.*
               Michael J. Chieco, Esq.